**REPLY DECLARATION OF CHIH T. CHEUNG**

I, Chih T. Cheung, hereby declare:

1.      I am Chairman of the Board of Yucheng Technologies Limited ("Yucheng"). I make this declaration in connection with Yucheng's Reply to Plaintiff's Opposition to Motion to Dismiss Plaintiff's Complaint For Lack of Subject Matter Jurisdiction (Rule 12(b)(1)) And For Lack of Personal Jurisdiction (Rule 12(b)(2)) ("Defendant's Reply"), filed in the case *Justin Jiang v. Yucheng Technologies Limited, et al.,* Case No. 07-CV-0514-H-BLM, currently pending in the Federal District Court for the Southern District of California. I have personal knowledge of the matters set forth herein and, if called and sworn as a witness, I could and would competently testify thereto.

2.      I am a Chinese resident. I was domiciled in China at the time Plaintiff commenced the above-referenced action, am currently domiciled in China, and intend to remain domiciled in China.

3.      Yucheng is a British Virgin Island company with its principal place of business in Beijing, China.

4.      Since its inception, Yucheng has been a British Virgin Islands corporation with its headquarters, directors, and employees located exclusively in China.

5.      Yucheng does not currently have an office in the State of New York, nor did it have one at the time Plaintiff commenced the above-referenced action.

6.      During September 2004 I was Chairman of China Unistone Acquisition Corporation ("CUAQ"). In that capacity, I was, and remain, familiar with CUAQ's corporate structure and office locations.

7.      CUAQ never maintained any office in San Diego, California or anywhere in the State of California. Additionally, CUAQ never had any employees, including a "secretary" in San Diego, California or anywhere in the State of California. The reference to a San Diego office of CUAQ in our Securities and Exchange Commission Registration Statement On Amendment No. 3 To Form S-4 was a typographical error by our attorneys.

resch polster alpert & berger llp

361151.1

1

1   I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3         Executed July 5, 2007, at Beijing, China.

_____

CHIH T. CHEUNG

361151.1